DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN P. ZUST II,**
Appellant,

v.

**BRITTAN OVERBY, o/b/o N.O.Z.,**
Appellee.

No. 4D19-2309

[October 10, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 502019DR005667.

Jean Marie Henne of Jean M. Henne, P.A., Winter Haven, for appellant.

Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, and Kathryn M. Beamer of Kathryn M. Beamer, P.A., North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***